945 A.2d 164

**MICHAEL SKIBA, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, Jeffrey A. Beard, Ph.D., Secretary, Appellees.**

Supreme Court of Pennsylvania.

April 22, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of April, 2008, probable jurisdiction is noted; the order of the Commonwealth Court is **AFFIRMED.**